GEORGIA RAILROAD AND BANKING COMPANY *v.* FLOWERS.

LITTLE, J.　1. It is the duty of a judge, when appropriate written requests to charge are duly presented, not merely to read the same to the jury, but to distinctly inform them that such requests are correct propositions of law to be considered along with the other instructions given in the case. When, however, in a particular instance, several requests were handed to the judge and by him simply read to the jury without expressly giving the same in charge, the omission to do this will not be held cause for a new trial, if it appears that all of the requests save one were, so far as legal and pertinent, covered by the general charge, and that after reading that one the judge used, with reference thereto, language plainly indicating his intention to give it in charge with a qualification which was itself proper.

2. Some of the instructions given in the present case concerning the annuity table and the method of using it were inaccurate ; but when the amount of the verdict, viewed in the light of all the testimony, is considered, it is manifest that the error committed in this respect could not have resulted injuriously to the defendant, and therefore it affords no ground for setting aside the verdict, which was well warranted by the evidence.　*S.*, *F. & W. Ry. Co.* v. *Day*, 91 *Ga.* 676, 680 ; *W. & A. R. R. Co.* v. *Bussey*, 95 *Ga.* 585, 604 ; *Boswell* v. *Barnhart*, 96 *Ga.* 521 ; *Atlanta Consolidated St. Ry. Co.* v. *Owings*, 97 *Ga.* 664, 669.

　　　　　　　　　*Judgment affirmed.　All the Justices concurring.*

Argued May 20, — Decided July 22, 1899.

Action for damages.　Before Judge Berry.　City court of Atlanta.　September term, 1898.

*Joseph B. & Bryan Cumming* and *Alexander & Lambdin*, for plaintiff in error.　*Arnold & Arnold*, contra.

---

HOLLAND *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

LEWIS, J.　Under the decision of this court in the case of *Plunkett* v. *Central R. Co.*, 105 *Ga.* 203, there was no error in the judgment of the court granting a nonsuit in this case. The facts in the case at bar, so far as they relate to the question of liability, are substantially the same as those in the case cited.　　　　*Judgment affirmed.　All the Justices concurring.*

Argued May 30, — Decided July 22, 1899.

Action for damages.　Before Judge Reid.　City court of Atlanta.　November term, 1898.

*P. F. Smith* and *R. R. Shropshire*, for plaintiff.

*Dorsey, Brewster & Howell* and *Hugh M. Dorsey*, contra.